No. 99–1947.   ALEXANDRIA HISTORICAL RESTORATION AND PRESERVATION COMMISSION ET AL. *v.* FEDERAL HIGHWAY ADMINISTRATION ET AL.   C. A. D. C. Cir.   Certiorari denied.

No. 99–1950.   NICHOLSON *v.* BODNEY ET AL.   C. A. 9th Cir.   Certiorari denied.

No. 99–1951.   BROWN ET AL. *v.* PAYDAY CHECK ADVANCE, INC., ET AL.; SHABAS *v.* LIGHTHOUSE FINANCIAL GROUP OF ILLINOIS, INC., ET AL.; and SMITH *v.* CASH STORE MANAGEMENT INC. ET AL.   C. A. 7th Cir.   Certiorari denied.   Reported below: 202 F. 3d 987 (first judgment).

No. 99–1955.   BRACKETT *v.* CALIFORNIA.   Ct. App. Cal., 2d App. Dist.   Certiorari denied.

No. 99–1956.   CITY OF SIOUX CENTER *v.* RURAL WATER SYSTEM #1.   C. A. 8th Cir.   Certiorari denied.

No. 99–1958.   YUKON RECOVERY, L. L. C. *v.* OCEAN MAR, INC.   C. A. 9th Cir.   Certiorari denied.

No. 99–1959.   NORWEGIAN CRUISE LINE LTD., DBA NORWEGIAN CRUISE LINE *v.* STOBAUGH ET AL.   Ct. App. Tex., 14th Dist.   Certiorari denied.

No. 99–1960.   MARUGAN GIRO *v.* BANCO ESPANOL DE CREDITO, S. A.   C. A. 2d Cir.   Certiorari denied.

No. 99–1961.   LOCAL 227, UNITED FOOD & COMMERCIAL WORKERS UNION *v.* WYANDOT, INC.   C. A. 6th Cir.   Certiorari denied.

No. 99–1962.   COLLINS ENTERTAINMENT, INC., ET AL. *v.* SOUTH CAROLINA LAW ENFORCEMENT DIVISION ET AL.   Sup. Ct. S. C.   Certiorari denied.